UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLKIE FARR & GALLAGHER LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20cv1146 (JMC) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties, by and through counsel, submit this Joint Status Report pursuant to the

Minute Order dated November 10, 2021.

1.      Plaintiff Willkie Farr & Gallagher LLP initiated the instant action on May 1, 2020

against Defendant U.S. Department of State ("State") under the FOIA, 5 U.S.C. § 552, alleging

that Defendant failed to respond to eight separate FOIA requests that Plaintiff submitted to the

Defendant on March 2, 2020.  Defendant answered the initial Complaint on June 11, 2020, and

was endeavoring to process Plaintiff's FOIA requests, when Plaintiff filed an Amended

Complaint adding allegations regarding five additional FOIA requests on July 2, 2020.

Defendant filed an Answer to the Amended Complaint on July 31, 2020.

2.      Since the last joint status report, Defendant has continued to process records

potentially responsive to Plaintiff's requests. Defendant produced documents in response to

Request No. F-2020-05128/FL-2020-00076 on November 29, 2021, and re-released the

production on December 9, 2021, with previously-redacted material released in full.

3.      On December 28, 2021, Defendant processed records and produced responsive,

non-exempt records in response to Request No. F-2020-05126/FL-2020-00080.

4.    Defendant will continue to endeavor to prioritize the processing of certain requests identified by Plaintiff.

5.    As previously reported, Defendant is still constrained by the large volume of records that have been identified as potentially responsive and by the COVID-19 pandemic-related operational changes.  In addition, events concerning Afghanistan may cause further delay in processing some documents that require subject matter expert review.   Nevertheless, Defendant anticipates that it can continue to make monthly interim productions of responsive, non-exempt material until processing is complete.

The parties propose to file another joint status report on or before March 14, 2022, in which the parties will update the Court on the status of Defendant's production of responsive, non-exempt records.

Dated:  January 14, 2021                             Respectfully submitted,


                                           MATTHEW M. GRAVES, D.C. Bar. # 481052
                                           United States Attorney

                                           BRIAN HUDAK
                                           Acting Chief, Civil Division


                               BY:   /s/ *Darrell C. Valdez*
                                           DARRELL C. VALDEZ, D.C. Bar # 420232
                                           Assistant United States Attorney
                                           United States Attorney's Office
                                           Civil Division
                                           555 4th Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 252-2507
                                           Darrell.Valdez@usdoj.gov

                                           *Attorney for Defendant*

/s/ Randall Jackson
RANDALL JACKSON, D.C. Bar # 490798
NICHOLAS REDDICK, D.C. Bar # 1670683
DEVIN C. RINGGER, D.C. Bar # 1044160
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
RJackson@willkie.com
NReddick@willkie.com
DRingger@willkie.com

*Counsel for Plaintiff*