UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLKIE FARR & GALLAGHER LLP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1146 (JMC) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kartik N. Venguswamy as counsel of record for Defendant in the above-captioned case, who is substituting as counsel for Assistant United States Attorney Darrell C. Valdez.

Dated: August 4, 2022
　　　Washington, DC

Respectfully submitted,

　/s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*