UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLKIE FARR & GALLAGHER LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1146 (DLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties, by and through counsel, submit this Joint Status Report pursuant to the Court's Minute Order dated July 13, 2021.

1. Plaintiff Willkie Farr & Gallagher LLP initiated the instant action on May 1, 2020 against Defendant U.S. Department of State ("State" or the "Department") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, alleging that State failed to respond to eight separate FOIA requests that Plaintiff submitted to the Department on March 2, 2020. State answered the initial Complaint on June 11, 2020, and was endeavoring to process Plaintiff's FOIA requests, when Plaintiff filed an Amended Complaint adding allegations regarding five additional FOIA requests on July 2, 2020. State filed an Answer to the Amended Complaint on July 31, 2020.

2. Since the last joint status report, the Department has continued to process records potentially responsive to Plaintiff's requests on a rolling basis. State produced responsive, non-exempt records in response to Request No. F-2020-05128/FL-2020-00076 on May 27, 2022.

3. On June 28, 2022, the Department produced responsive, non-exempt records in response to Request No. F-2020-05128/FL-2020-00076.

4. On July 28, 2022, the Department produced responsive, non-exempt records in response to Request Nos. F-2020-05131/FL-2020-00073 and F-2020-05126/FL-2020-00080.

5. The Department will continue to endeavor to prioritize the processing of certain requests identified by Plaintiff and focus on processing FOIA request numbers F-2020-05128/FL-2020-00076 and F-2020-05366/FL-2020-00113.

6. The Department anticipates that it can continue to make monthly interim productions of responsive, non-exempt material until processing is complete.

The parties propose to file another joint status report on or before November 14, 2022, in which the parties will update the Court on the status of the Department's production of responsive, non-exempt records.

Dated: August 15, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for Defendant*

                 <u>/s/ Randall Jackson</u>
RANDALL JACKSON, D.C. Bar # 490798
NICHOLAS REDDICK, D.C. Bar # 1670683
DEVIN C. RINGGER, D.C. Bar # 1044160
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
RJackson@willkie.com
NReddick@willkie.com
DRingger@willkie.com

*Counsel for Plaintiff*